**Electronically Filed
Supreme Court
SCAP-15-0000582
28-JUL-2017
08:12 AM**

SCAP-15-0000582

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ROSEMARY H. STOUT, Appellant-Appellant,

vs.

BOARD OF TRUSTEES OF THE EMPLOYEES' RETIREMENT SYSTEM,
STATE OF HAWAIʻI, Appellee-Appellee.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-15-0000582; CIV. NO. 14-1-2428-11)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., McKenna, Pollack, and Wilson, JJ.,
with Nakayama, J., dissenting separately)

Appellee-Appellee the State of Hawaiʻi timely filed a Motion for Reconsideration ("Motion") on July 20, 2017, asking this court to reconsider our July 10, 2017 Published Opinion ("Opinion").

This court, having reviewed the Motion, together with the Opinion, and the records and files in this case, and having fully considered the arguments set forth in the Motion,

IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawaiʻi, July 28, 2017.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

